UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER HANSEN                              CIVIL ACTION

VERSUS                                          NO. 18-6203

ROGER THORPE                                    SECTION: L (3)

JUDGMENT

Considering the Court's Findings of Fact and Conclusions of Law entered herein on October 23, 2020, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgement in favor of plaintiff, Christopher Hansen and against defendant Roger Thorpe. IT IS FURTHER ORDERED the Court awards the Plaintiff Christopher Hansen, Seventy-Eight Thousand ($78,000.00) Dollars in general damages under La. Civ. Code art. 2315 for Plaintiff's past, present, and future emotional distress, humiliation, and mental anguish as a result of the assault with a firearm by Defendant. Roger Thorpe.

IT IS FURTHER ORDERED that Defendant, Roger Thorpe, owes to Plaintiff, Christopher Hansen, Four Hundred Sixty-Five and 76/100, ($465.76) Dollars, in special damages for the following items:

    a. Five therapy sessions with Katryna High Twilbeck, LPC for total costs of Three Hundred ($300.00) Dollars;

    b. Safelite AutoGlass replacement of rear passenger side window for a cost of One Hundred Sixty-Five and 76/100, ($165.76).

IT IS FURTHER ORDERED, in sum, that the Defendant Roger Thorpe, is liable to the Plaintiff, Christopher Hansen, the total sum of Seventy-Eight Thousand, Four Hundred Sixty-Five

and 76/100, ($78,465.76) Dollars for the incident, plus costs and interest from the date of this judgment.

    New Orleans, Louisiana, this __27th__ day of October, 2020.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**
